In re Stephen A.A. **GODDARD**.

No. 01–1411.

United States Court of Appeals,
Federal Circuit.

March 13, 2002.

Before RADER, SCHALL, and DYK,
Circuit Judges.

JUDGMENT

PER CURIAM.

This CAUSE having been heard and
considered it is ORDERED and AD-
JUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.